IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MAX KANT,<br><br>    Defendant. | 8:19CR88<br><br>INDICTMENT<br><br>18 U.S.C. § 1344<br>18 U.S.C § 1344 |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 MAR 19  PM 4: 38
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

On or about July 28, 2017, in the District of Nebraska, defendant MAX KANT did knowingly execute a scheme to obtain the money, funds, or other property owned by or under the control of Security National Bank, a federally insured financial institution, by means of material false or fraudulent pretenses, representations, or promises by submitting a fraudulent Live Cattle Purchase Contract dated July 28, 2017. This fraudulent contract purported to be an agreement between KANT's Feedlot, MK Feedlots, and Company A to sell 5,500 head of cattle between April 2017 to October 2017 and he well knew that no such contract existed.

In violation Title 18, United States Code, Section 1344.

## COUNT II

On or about April 25, 2016, in the District of Nebraska, defendant MAX KANT did knowingly execute a scheme to obtain the money, funds, or other property owned by or under the control of Security National Bank, a federally insured financial institution, by means of material false or fraudulent pretenses, representations, or promises by submitting a fraudulent Live Cattle

Purchase Contract dated April 25, 2016. This fraudulent contract purported to be an agreement between KANT's Feedlot, MK Feedlots, and Company A to sell 4,000 head of cattle in June 2016 and he well knew that no such contract existed.

In violation Title 18, United States Code, Section 1344.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*[signature: Sean Lynch]*
By: SEAN P. LYNCH, #25275
Assistant U.S. Attorney